IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOANNE COX                                                                              PLAINTIFF

V.                         Case No. 5:15cv00251 JLH

WELLS FARGO BANK, N.A.                                                      DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

The parties have advised the Court that this matter has been resolved by agreement. Accordingly, the complaint should be, and hereby is, dismissed with prejudice.

IT IS SO ORDERED this 11th day of April, 2016.

_____
HONORABLE J. LEON HOLMES
U.S. District Court Judge

4842-2356-2800.1